# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VINCENT CISNEROS,<br><br>             Plaintiff,<br><br>     v.<br><br>DR. M. DHAM, et al.,<br><br>             Defendants. | CASE NO. 1:11-cv–01297-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SCREEN COMPLAINT<br><br>(ECF No. 9) |

Plaintiff Michael Vincent Cisneros is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on August 5, 2011. (ECF No. 1.) On April 2, 2012, Plaintiff filed a motion, entitled motion to move forward, which the Court construes as a motion to screen the complaint. (ECF No. 9.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

///
///
///

1  Plaintiff's motion to move forward is HEREBY GRANTED, and Plaintiff's complaint shall
2  be screened in due course.
3  IT IS SO ORDERED.
4  **Dated:   April 3, 2012**              **/s/ Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE