1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  MICHAEL VINCENT CISNEROS,              CASE NO. 1:11-cv–01297-LJO-BAM PC

10            Plaintiff,                  ORDER GRANTING PLAINTIFF'S MOTION
                                          TO SCREEN COMPLAINT
11       v.
                                          (ECF No. 9)
12  DR. M. DHAM, et al.,

13            Defendants.
                                    /
14  _____

15       Plaintiff Michael Vincent Cisneros is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint in this action was filed on

17  August 5, 2011.  (ECF No. 1.)  On April 2, 2012, Plaintiff filed a motion, entitled motion to move

18  forward, which the Court construes as a motion to screen the complaint.  (ECF No. 9.)

19       The Court is required to screen complaints brought by prisoners seeking relief against a

20  governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

21  Court screens complaints in the order in which they are filed and strives to avoid delays whenever

22  possible.  However, there are hundreds of prisoner civil rights cases presently pending before the

23  Court, and delays are inevitable despite the Court's best efforts.  Due to the heavy caseload,

24  Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and

25  will screen Plaintiff's complaint in due course.

26  ///

27  ///

28  ///

1

1        Plaintiff's motion to move forward is HEREBY GRANTED, and Plaintiff's complaint shall

2   be screened in due course.

3        IT IS SO ORDERED.

4   **Dated:    April 3, 2012**                    **/s/ Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2