# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VINCENT CISNEROS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. M. DHAM, et al.,<br><br>    Defendants. | CASE NO. 1:11-cv–01297-LJO-BAM PC<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>(ECF Nos. 1, 11, 12) |

    Plaintiff Michael Vincent Cisneros is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2012, the Magistrate Judge screened Plaintiff's complaint, and found that it states a claim against Defendant Neubarth for deliberate indifference in violation of the Eighth Amendment, but does not state any other claims for relief under section 1983. 28 U.S.C. § 1915A. Plaintiff was ordered to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable. On September 14, 2012, Plaintiff filed a notice stating that he wants to proceed only on his cognizable deliberate indifference claim.

    Accordingly, based on Plaintiff's notice, it is HEREBY ORDERED that:

1. This action shall proceed for money damages on the complaint, filed August 5, 2011, against Defendant Neubarth for deliberate indifference in violation of the Eighth Amendment;

2. Plaintiff's Eighth Amendment claims against Defendants Dham, Bondoc, and McCabe are dismissed for failure to state a claim;

3. Plaintiff's state law claims are dismissed for failure to state a claim;

4. The Clerk's Office shall terminate Defendants Dham, Bondoc, and McCabe as parties to this action; and

5. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

**Dated:   September 17, 2012**                             /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE