1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL VINCENT CISNEROS,                    1:11-cv-01297-LJO-BAM-(PC)

12                 Plaintiff,

13          v.                                     ORDER DENYING PLAINTIFF'S
                                                   APPLICATION FOR APPOINTMENT OF
                                                   COUNSEL
14   DR. M. DHAM, et al.,
                                                   (ECF No. 25)
15                 Defendants.

16

17          Plaintiff Michael Vincent Cisneros ("Plaintiff") is a state prisoner proceeding pro se and

18   in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds

19   against Defendant Neubarth for deliberate indifference to medical needs in violation of the Eighth

20   Amendment.  On November 18, 2013, Plaintiff filed the instant application seeking the

21   appointment of counsel.  (ECF No. 25.)

22          Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

23   Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to

24   represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for

25   the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in

26   certain exceptional circumstances the court may request the voluntary assistance of counsel

27   pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

28          Without a reasonable method of securing and compensating counsel, the court will seek

                                                   1

1   volunteer counsel only in the most serious and exceptional cases.  In determining whether

2   "exceptional circumstances exist, the district court must evaluate both the likelihood of success of

3   the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the

4   complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

5           In the present case, the court does not find the required exceptional circumstances.

6   Although Plaintiff explains that he is not well versed in the law, his case is not exceptional.  This

7   court is faced with similar cases almost daily involving prisoners alleging deliberate indifference

8   to medical needs in violation of the Eighth Amendment.  Further, at this early stage in the

9   proceedings, the court cannot make a determination that Plaintiff is likely to succeed on the

10  merits, and based on a review of the record in this case, the court does not find that Plaintiff

11  cannot adequately articulate his claims.  Id.

12          For the foregoing reasons, Plaintiff's application for the appointment of counsel is

13  HEREBY DENIED without prejudice.

14

15  IT IS SO ORDERED.

16     Dated:   **November 20, 2013**          /s/ Barbara A. McAuliffe

17                                            UNITED STATES MAGISTRATE JUDGE

2