1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL VINCENT CISNEROS,                    1:11-cv-01297-LJO-BAM-(PC)

12              Plaintiff,
                                                   ORDER DENYING PLAINTIFF'S
13         v.                                      APPLICATION FOR APPOINTMENT OF
                                                   COUNSEL
14    DR. M. DHAM, et al.,
                                                   (ECF No. 25)
15              Defendants.

16

17         Plaintiff Michael Vincent Cisneros ("Plaintiff") is a state prisoner proceeding pro se and

18    in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds

19    against Defendant Neubarth for deliberate indifference to medical needs in violation of the Eighth

20    Amendment.  On November 18, 2013, Plaintiff filed the instant application seeking the

21    appointment of counsel.  (ECF No. 25.)

22         Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

23    Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to

24    represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for

25    the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in

26    certain exceptional circumstances the court may request the voluntary assistance of counsel

27    pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

28         Without a reasonable method of securing and compensating counsel, the court will seek

                                          1

volunteer counsel only in the most serious and exceptional cases.  In determining whether

"exceptional circumstances exist, the district court must evaluate both the likelihood of success of

the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the

complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

　　　　In the present case, the court does not find the required exceptional circumstances.

Although Plaintiff explains that he is not well versed in the law, his case is not exceptional.  This

court is faced with similar cases almost daily involving prisoners alleging deliberate indifference

to medical needs in violation of the Eighth Amendment.  Further, at this early stage in the

proceedings, the court cannot make a determination that Plaintiff is likely to succeed on the

merits, and based on a review of the record in this case, the court does not find that Plaintiff

cannot adequately articulate his claims.  Id.

　　　　For the foregoing reasons, Plaintiff's application for the appointment of counsel is

HEREBY DENIED without prejudice.


IT IS SO ORDERED.


Dated:　 **November 20, 2013**　　　　　 /s/ *Barbara A. McAuliffe*　　

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2