UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VINCENT CISNEROS,<br><br>          Plaintiff,<br><br>     v.<br><br>J. NEUBARTH,<br><br>          Defendant. | Case No.: 1:11-cv-01297-LJO-BAM PC<br><br>ORDER DENYING MOTION TO EXTEND ALL DEADLINES<br><br>(ECF No. 29) |

Plaintiff Michael Vincent Cisneros ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Neubarth for deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment. On October 1, 2013, the Court issued a Discovery and Scheduling Order. Pursuant to that order, the deadline to amend pleadings is April 1, 2014, the deadline to complete discovery is June 1, 2014, and the dispositive motion deadline is August 11, 2014. (ECF No. 23.)

On December 30, 2013, Plaintiff filed the instant motion requesting an extension of all deadlines in this matter. Plaintiff asserts that he was the victim of an alleged sexual assault in November. While the event is being investigated, he has been placed in administrative segregation and his legal materials have been confiscated. Plaintiff seeks a statement of the relevant deadlines in this action and requests an extension of all deadlines. (ECF No. 29.)

1

The Court takes Plaintiff's allegations seriously, but does not find good cause to modify the Discovery and Scheduling Order to extend all deadlines.  Fed. R. Civ. P. 16(b)(4).  As noted above, the discovery deadline does not expire until June 1, 2014, and the dispositive motion deadline does not expire until August 11, 2014.  At this time, Plaintiff has not provided cause, beyond a temporary confiscation of his legal property, to modify the Discovery and Scheduling Order deadlines.  Plaintiff also has not identified a particular deadline that he will be unable to meet.  Plaintiff may renew his motion in the future if, despite his diligence, he is unable to meet a particular deadline in the Discovery and Scheduling Order.

IT IS SO ORDERED.

Dated:   **January 3, 2014**              /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE