IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL VINCENT CISNEROS,**<br><br>Plaintiff,<br><br>v.<br><br>**J. NEUBARTH,**<br><br>Defendant. | Case No. 1:11-cv-01297-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES<br><br>(ECF No. 35) |

Plaintiff Michael Vincent Cisneros ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Neubarth for deliberate indifference to medical needs in violation of the Eighth Amendment.

On April 25, 2014, Plaintiff filed a motion to compel discovery responses and documents. (ECF No. 34.)  On May 16, 2014, Defendant Neubarth filed a request for a fourteen-day extension of time to May 30, 2014, to file and serve his opposition.  Defense counsel explains that additional time is needed to consult with Defendant Neubarth before preparing a response. According to defense counsel, Defendant Neubarth's schedule and obligations required travel during the last several weeks.

1

1  Good cause appearing, Defendant Neubarth's first request for a fourteen-day extension of
2  time to file and serve his opposition to Plaintiff's motion to compel further responses is granted.
3  Defendant Neubarth shall file and serve his opposition on or before May 30, 2014.

IT IS SO ORDERED.

Dated:  **May 16, 2014**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE